MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WASBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4801
      E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LYNN WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-03436-CSK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 12, 2025, up to and including June 11, 2025.  This is Defendant's first request for an extension.

    Defendant requests this extension because counsel is currently in the process of determining whether a settlement agreement is possible in this case.  Additional time is required for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to consider this option.  If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Motion for Summary Judgment by the new due date of June 11, 2025.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                    Respectfully submitted,

Dated: May 8, 2025    /s/ *Francesco Benavides* *
(*as authorized via e-mail on May 8, 2025)
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: May 8, 2025    MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ *David Priddy*
DAVID PRIDDY
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 11, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: May 12, 2025

HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, whit.3436.24