Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
1990 N. California Blvd. 8th Floor
Walnut Creek, CA 94596
Tel: (925) 222-7071
Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
MICHELLE LYNN WHITE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE LYNN WHITE,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:24-cv-03436-CSK<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

**IT IS ORDERED** that Plaintiff's counsel's Motion for Attorney Fees under 42 U.S.C. § 406(b) is **granted**. Plaintiff's counsel, Francesco Benavides, is authorized to receive payment of $12,450.00 in attorney fees under 42 U.S.C. § 406(b). From this award, Plaintiff's counsel will refund to Plaintiff $8,250.00, the amount of the attorney fees he previously received under the Equal Access to Justice Act.

DATE: August 5, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE